UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGEX LIMITED,<br><br>    Plaintiff(s),<br><br>  v.<br><br>JOHN DOE dba JAGEXINSIDER,<br><br>    Defendant(s). | No. C09-5285 BZ<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY** |

    Upon the application of Plaintiff for leave to take immediate discovery, the memorandum of law in support of that application and the Declaration of Robert Smith, it is hereby:

**ORDERED** that Plaintiff may serve immediate discovery on YouTube LLC to obtain the identity of John Doe d/b/a JagexInsider ("Defendant") and the third-party infringers listed in the table below, by serving a Rule 45 subpoena that seeks information sufficient to identify the Defendant and third-party infringers, including the name, address, telephone number, e-mail address, Media Access Control (MAC) and Internet Protocol (IP) addresses, and any other information reasonably believed to assist in the personal identification

1

of Defendant and third-party infringers.

Table Identifying Defendant and Third-Party Infringers:

| Location of Content | Username | Date uploaded |
|---|---|---|
| http://www.youtube.com/watch?v=KKKd96GmaHs | JagexInsider | 10/25/2009 |
| http://www.youtube.com/watch?v=qconD149QTE | AngryAngel69 | 10/25/2009 |
| http://www.youtube.com/watch?v=RrcnSQSgQU8 | MechScapeV6 | 10/25/2009 |
| http://www.youtube.com/watch?v=P4orWcoi4AA | stellarv23 | 10/25/2009 |
| http://www.youtube.com/watch?v=bAFCZz0es7w | Cozmo195studios | 10/26/2009 |
| http://www.youtube.com/watch?v=7XENxuXGREE | xGamingL3gendx | 10/26/2009 |
| http://www.youtube.com/watch?v=l-x2smwEeX4 | EvilYakuza | 10/28/2009 |
| http://www.youtube.com/watch?v=64ed84vbXyU | IxXHarleyXxI | 10/28/2009 |
| http://www.youtube.com/watch?v=CFOgLiAO3P4 | lawrie90 | 10/28/2009 |
| http://www.youtube.com/watch?v=bosFRk-b6Bk | Mechuzo | 10/28/2009 |
| http://www.youtube.com/watch?v=R4RlQFoXshs | 3hitu | 10/29/2009 |
| http://www.youtube.com/watch?v=3pXHkIpYd5k | eogra7 | 10/27/2009 |
| http://www.youtube.com/watch?v=JHnjehnl31I | ModemPictures | 10/29/2009 |
| http://www.youtube.com/watch?v=1LdAIEmTMzc | shoxtickle | 10/29/2009 |
| http://www.youtube.com/watch?v=OBZMm95Sf_U | Syphzar | 10/29/2009 |
| http://www.youtube.com/watch?v=2IDyPWYEazs | Topun1t | 11/1/2009 |

IT IS FURTHER **ORDERED** THAT in the event the discovery obtained from YouTube LLC is insufficient to provide complete identifying information of the Defendant and/or third-party infringers, the Plaintiff may serve immediate discovery of the same or similar scope on any Internet Service Provider (ISP) for the Defendant and/or third-party infringers that may be identified from the information provided by YouTube LLC or otherwise obtained.

If and when YouTube LLC is served with a subpoena, it shall give written notice, which may include email notice, to the subscribers in question within five business days.  If YouTube LLC, defendant, or any of the alleged third-party infringers wants to move to quash the subpoena, the party must do so before the return date of the subpoena, which shall be 25 days from the date of service. YouTube LLC shall preserve

any subpoenaed information pending the resolution of any timely filed motion to quash.  Along with its subpoena, plaintiff shall serve YouTube LLC and any ISP with a copy of this Order.  Any ISP served with discovery pursuant to this order must also abide by these notice procedures before disclosing subscriber information.

   IT IS FURTHER **ORDERED** that any information disclosed to Plaintiff in response to the Rule 45 subpoena may be used by Plaintiff solely for the purpose of protecting Plaintiff's rights under the Copyright Act and as otherwise asserted in the Complaint.

   Without such discovery, Plaintiff cannot identify the Defendant and third-party infringers, and thus cannot pursue its lawsuit to protect its copyrighted and proprietary works from infringement and dissemination to the public.

Dated: November 20, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\JAGEX\ORDER GRANTING IMMEDIATE DISCOVERY.wpd