Ross A. Dannenberg, Esq.
Christopher B. Roth, Esq.
**BANNER & WITCOFF, LTD.**
1100 13th Street, NW, Suite 1200
Washington, DC 20005
Tel.: (202) 824-3000
Fax: (202) 824-3001

Randall Crane, Esq. (SBN 056806)
Leonard Emma, Esq. (SBN 224483)
**LAW OFFICE OF RANDALL CRANE**
180 Grand Avenue, Suite 1550
Oakland, California 94612
Tel.: (510) 465-4606
Fax: (510) 465-4643

Attorneys for Plaintiff
JAGEX LIMITED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAGEX LIMITED, | Case No. C09-05285 BZ |
| Plaintiff, | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| JOHN DOE d/b/a JAGEXINSIDER, | |
| Defendant. | |

        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jagex Limited, by and through its attorneys, voluntarily dismisses this case without prejudice.

Dated: February 24, 2010          LAW OFFICE OF RANDALL CRANE

                              By:     /s/ Randall Crane
                                      Randall Crane
                                      Attorneys for Plaintiff

LAW OFFICE OF RANDALL L. CRANE
180 GRAND AVENUE, SUITE 1550
OAKLAND, CA 94612